IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| STAN SPRINGEL, | ) ) ) | Civil No. 2008-146 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| DAWN PROSSER | ) ) ) | |
| Defendants. | ) ) | |
| JAMES P. CARROLL, | ) ) ) | Civil No. 2008-147 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| DAWN PROSSER | ) ) ) | |
| Defendants. | ) ) ) | |

**<u>ORDER</u>**

    Before the Court are the Notices of Appearance filed by Norman Abood, Esq. on behalf of Dawn Prosser in each of the captioned cases. In such Notices, Mr. Abood represents that he was granted "permission to appear *Pro Hac Vice*" by order dated August 19, 2008 in Bankruptcy No. 06-30009 and 07-30012.

    A review of the August 19, 2008 Order and the context in which it was entered suggest that (1) Attorney Abood was admitted *pro hac vice* on behalf of Jeffrey Prosser (and not Dawn Prosser) in such cases, and (2) that the Bankruptcy Court had a concern regarding a possible conflict of

interest related to "payments, etc., from or by Dawn Prosser." No order has been referred to or located allowing Mr. Abood to appear for Dawn Prosser, and no transcript has been located to illuminate the matters made of record on August 19, 2008 to which the Bankruptcy Judge referred in her Order.

Local Rule of Civil Procedure 83.1 governs admission *pro hac vice* in this Court. Subpart (c) of the rule requires the submission of an application, the form for which is available on the Court's website. This Local Rule governs Mr. Abood's appearance herein. Therefore, in order for this Court to assess the propriety of Mr. Abood's potential participation in these cases on behalf of Dawn Prosser, Mr. Abood will be required to file a completed *Pro Hac Vice* Application.

Accordingly, it is hereby

ORDERED that on or before 12:00 p.m. June 2, 2011, Mr. Abood, through local counsel to Dawn Prosser, shall file a completed Pro Hac Vice Application upon the docket; and it is further

ORDERED that the parties herein shall file, on or before 5:00 p.m. on June 2, 2011, their respective positions as to whether, and if so in what specific way, Mr. Abood's appearance for Dawn Prosser herein present a conflict that would preclude such appearance.

S_____
**RUTH MILLER**
**UNITED STATES MAGISTRATE JUDGE**